**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Flint Wood, et al., | No. CV12-8098-PCT-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas Betlach, Director of the Arizona Health Care Cost Containment System, and Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, in their official capacities, | |
| Defendants. | |

Defendant Kathleen Sebelius, as Secretary of the United States Department of Health and Human Services ("the Secretary"), has filed a motion for summary judgment (Doc. 29) and lodged a memorandum in support of the motion for summary judgment and in opposition to Plaintiffs' motion for preliminary injunction (Doc. 30). Plaintiffs have filed a motion to strike the motion for summary judgment and portions of the supporting memorandum pursuant to Local Rules of Civil Procedure 7.2(m) and 7.2(i), on the ground that the Secretary violated Local Rule of Civil Procedure 56.1 by failing to file an accompanying statement of facts. Doc. 36. The Secretary has responded to the motion to strike (Doc. 42), and has filed an unopposed motion for leave to file a separate statement of facts (Doc. 41). The Court will deny Plaintiffs' motion to strike and grant the Secretary leave to file a separate statement of facts.

The Secretary explains that she inadvertently failed to submit a separate statement of facts with her summary judgment motion. Doc. 42, at 3. She argues, however, that

Plaintiffs cannot identify any prejudice from her failure to file a statement of facts earlier, as the administrative record was filed just one day after her motion (Docs. 32, 33, 34), and her legal memorandum (Doc. 30) identifies the portions of the record cited in support of her position. *Id.* The Court agrees that the Secretary's memorandum contains sufficient citations to the record. Granting Plaintiffs' motion to strike would only result in duplicative filings and unnecessarily prolong this litigation.

**IT IS ORDERED:**

1. Plaintiffs' motion to strike (Doc. 36) is **denied**.

2. Defendant Sebelius's unopposed motion for leave to file a separate statement of facts (Doc. 41) is **granted**.

Dated this 12th day of July, 2012.

_____
David G. Campbell
United States District Judge